IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INELL M. FOYE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-2933 |
| PRIME CARE MEDICAL, INC., ET AL. | : | |

**O R D E R**

**AND NOW**, this  14th  day of   April   , 2015, upon consideration of Defendants Warden Dale Meisel and County of Lehigh's Motion for Summary Judgment (Meisel Mot. Summ. J., ECF No. 55) and Defendants PrimeCare Medical, Inc., Josie Bahnick, R.N., and Dr. Erik Von Kiel, D.O.'s Motion for Summary Judgment (PrimeCare Mot. Summ. J., ECF Nos. 56, 57, 58), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Dale A. Meisel and Defendant County of Lehigh's Motion for Summary Judgment under F.R.C.P. 56 (ECF No. 55) is **GRANTED**.

2. Defendants' Motion for Summary Judgment of Primecare Medical, Inc., Eric Vonkiel and Josie Bahnick (ECF No. 56) is **GRANTED**.

3. Judgment is entered in favor of Defendants and against Plaintiff Inell M. Foye.

4. The Clerk of the Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:


**R. BARCLAY SURRICK, J.**